UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID HILL BENNETT,

Plaintiff,

v.

JAH BENNETT,

Defendants.

No. 2:26-cv-3203 DAD CSK P

FINDINGS AND RECOMMENDATIONS

By an order filed September 25, 2026, plaintiff was ordered to file a completed in forma pauperis affidavit and a certified copy of his jail trust account statement, or pay the court's filing fee, and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed the required documents. Because plaintiff failed to comply with the Court's order, this action must be dismissed.

On October 30, 2026, plaintiff filed a document styled, "S.B.2 Tom Bane Death Penalty by Evid. Code 795 Hypnosis Motion for Preliminary Injunction and Guardian ad Litem F.R.C.P. 17." (ECF No. 6.) Plaintiff captioned the filing with seven different case numbers, including this one. (Id. at 1-2.) This Court is recommending that this action be dismissed based on plaintiff's failure to comply with the Court's last order; thus, plaintiff's motion should be denied without

prejudice. Such denial will not prejudice plaintiff inasmuch as he is pursuing the motion in his six other cases.

In accordance with the above, IT IS RECOMMENDED that:

1. Plaintiff's motion (ECF No. 6) be denied without prejudice.

2. This action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: November 3, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/benn3203.fifp