UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HILL BENNETT,<br>Plaintiff,<br>v.<br>JAH BENNETT,<br>Defendants. | No. 2:26-cv-3203 DAD CSK P<br><br>ORDER |

On November 3, 2026, the Court recommended that this case be dismissed based on plaintiff's failure to comply with the Court's September 25, 2025 order (ECF No. 3). (ECF No. 7.) Plaintiff did not file objections, and the findings and recommendations are pending review by the district court.

On November 16, 2026, plaintiff filed a document styled, "Motion for Preliminary Injunction on the Attached J-Cat Class Action Act S.B. 2 and Motion for . . . Return [of] My Property[;] Overcharging Indigent Plaintiff." (ECF No. 8.) Plaintiff captioned the filing with 11 different case numbers, including this one. (Id. at 1-2.) The Court has recommended that this action be dismissed based on plaintiff's failure to comply with the Court's last order. Plaintiff has not complied with the September 25, 2025 order, and this action cannot proceed until plaintiff complies with that order. Therefore, plaintiff's motion was improvidently filed in this action and

is denied without prejudice. Such denial will not prejudice plaintiff to the extent that he is pursuing the motion in his other cases. **Plaintiff should refrain from filing additional motions in this action unless and until he complies with this Court's prior order** (ECF No. 3).

In accordance with the above, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 8) is denied without prejudice.

Dated: November 19, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/benn3203.mot2.den